Kevin Kerr, OSB #080934
kevinkerr@schneiderlaw.com
Kerr Robichaux & Carroll
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NORMAN JOHN EMERSON ECK JR,, Plaintiff, v. COMMISSIONER OF SOCIAL SECURITY, Defendant. | 3:18-cv-01671-SI ORDER FOR ATTORNEY FEES UNDER 42 U.S.C. § 406(b) |

The court finds and orders an attorney fee of $19,322.87 pursuant to 42 U.S.C. § 406(b). Such funds shall be paid to NW Disability benefits, LLC dba Kerr Robichaux & Carroll (TID 85-3999428), [1] PO Box 14490, Portland, OR 97293. The attorney fee of $6,983.18 allowed pursuant to the Equal Access to Justice Act will be refunded to Plaintiff upon counsel's receipt of the allowed 406(b) fee awarded.

Dated this 17th day of May, 2021.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Court Judge

---

[1] Formerly known as Schneider Kerr & Robichaux.